AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

SEAN S. BUCHANAN,

                JUDGMENT IN A CIVIL CASE

        Plaintiff,
    V.
                CASE NUMBER:  13-2614-EFM

DOUGLAS E. WELLS,

        Defendant.

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order filed on July 9,  2014 (Doc. 20 ),  Defendant Douglas E. Wells's Motion to Dismiss (Doc. 6) is hereby GRANTED.

This case is DISMISSED.

7/9/2014                 TIMOTHY M. O'BRIEN

*Date*                   *Clerk*

                   /s Cindy McKee

                   *(By) Deputy Clerk*